(07-63696)  SKIE GATES
CREDITOR DID NOT CASH CHECK
CHECK #413870 FOR $9.37
WELLS FARGO HOME MTG
MAC #X2501 –01D
ONE HOME CAMPUS
DES MOINES, IA  50328

#60537

FILED
2010 MAR -2 PM 1:49
CLERK US BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON